FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 16, 2015

ABEL ACOSTA, CLERK

PD-1614-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/9/2015 10:14:48 PM
Accepted 1/16/2015 3:27:33 PM
ABEL ACOSTA
CLERK

## NO. PD-1614-14

## JULIAN HOMERO VEGA

### VS.

## THE STATE OF TEXAS

## APPELLANT VEGA'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW OF OPINION IN APPELLATE CAUSE NUMBER 13-13-126-CR

**Respectfully submitted by**

**Appellant's attorney,**
**VICTORIA GUERRA**
**Texas Bar No. 08578900**
**3219 N. McColl Rd.**
**McAllen, Texas 78501**
**(956) 618-2609**
**(956) 618-2553 Fax**
**Email: vguerralaw@gmail.com**

MAY IT PLEASE THE COURT:

COMES NOW Appellant Julian Homero Vega by and through his court appointed attorney Victoria Guerra, and files this motion for extension of time to file a petition for discretionary review and would show this Court the following:

The Thirteenth Court of Appeals' opinion was issued on July 24, 2014. The appellant's motion for rehearing was denied on October 28, 2014. The Undersigned has not been able to timely file this petition for discretionary review for the following reasons:

This PDR was due on December 31, 2014 after one motion for extension of time to file the PDR was filed. The Undersigned has been simultaneously working on several deadlines including but not limited to the following: the Undersigned is presently working on a response to a reply that Texas Department of Public Safety filed to appellee's court-ordered response to DPS' *en banc* motion for reconsideration in the case of *Texas Department of Public Safety v. Ibarra*, Appellate Cause No. 13-13-00656-CV. While there is no pending deadline to file this response, it is imperative that appellee file it before the appellate court makes a ruling on the motion for rehearing.

On December 1, 2104, the Undersigned filed a brief and record excerpts in the Fifth Circuit Court of Appeals in the case of *USA v. Rene Garcia*, appellate cause number 14-40520.

The Undersigned has been preparing for oral argument in the case of *Serrano v. Ramos*, civil appellate cause number 13-13-00476-CV which is set for December 11, 2014.

The Undersigned was under a drop-dead deadline of December 22, 2014 to file appellant's brief in the case of *State v. Chakravarthy*, appellate cause number 13-14-00086-CR. A non-compliant brief was filed on December 22, 2014 because more time was needed to complete said brief and because it was discovered that the clerk's record was not complete. However, time is of the essence on this case.

The Undersigned was sick with an upper respiratory infection from December 16 to December 23, 2014. The Undersigned forced herself to go to work during this time, but very little was accomplished during this time due to her illness.

As a result of the foregoing, the Undersigned requests that this Court an extension of time to file appellant's petition for discretionary review for a 30-day period. This second extension of time is not sought to unnecessarily delay this case, but so that justice be done. If granted, appellant's brief would be due on February 2, 2015.

WHEREFORE, appellant prays that this Court grant a 30-day extension of time to file his petition for discretionary review thereby making it due on February 2, 2015 if granted by this Court.

Respectfully submitted,

Law Office of Victoria Guerra
3219 N. McColl Rd.
McAllen, Texas 78501
(956) 618-2609
(956) 618-2553 (fax)

By:  /s/ Victoria Guerra
     Victoria Guerra
     State Bar Number: 08578900
     Attorney for Appellant

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing Appellant's Motion for Rehearing emailed to the Assistant Criminal District Attorney to Assistant Criminal District Attorney Glenn Devino, appellate section, at the office of the Hidalgo County District Attorney,

SIGNED this 9th day of January, 2015.

/s/ Victoria Guerra
Victoria Guerra